DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SBP HOMES, LLC,**
Appellant,

v.

**DENIS MANELSKI** and **JENNIFER MANELSKI,**
Appellees.

No. 4D2023-0637

[May 23, 2024]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Janet C. Croom, Judge; L.T. Case No. 312020CA000046.

Christopher N. Bellows of Holland & Knight LLP, Miami, for appellant.

Joy Spillis Lundeen, Michael C. Larmoyeux and Cesar L. Avila of Bilzin Sumberg Baena Price & Axelrod LLP, Miami, for appellees.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***